```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
EDWIN SANTIAGO,                                                :
                                                               :
                              Petitioner,                      :
                                                               :        19-cv-4020 (LJL)
                -v-                                            :
                                                               :        ORDER
WILLIAM F. KEYSER,                                             :
                                                               :
                              Respondent.                      :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      In 2019, Petitioner Edwin Santiago filed a petition for writ of habeas corpus in this Court. Dkt. No. 2. On May 24, 2022, Magistrate Judge Figueredo issued a Report and Recommendation recommending that the Petition be denied. Dkt. No. 20. Pursuant to Federal Rule of Civil Procedure 72(b)(2) and 28 U.S.C. § 636(b)(1), the parties have fourteen days from the date of being served with the Report and Recommendation to file objections to it. According to the docket, the Report and Recommendation was mailed to Petitioner on May 25, 2022, but on May 31, 2022, the Report and Recommendation was returned "for the following reason(s): Return to Sender; Paroled/Released."

      It is hereby ORDERED that Respondent shall, by July 1, 2022, inform the Court of Petitioner's contact information—as it is last known to Respondent—and provide its views as to how the Court should proceed in the event that Petitioner cannot be located in a reasonable time.

      SO ORDERED.

Dated: June 16, 2022
       New York, New York
                                                 LEWIS J. LIMAN
                                           United States District Judge