UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/24/2022
```

-----------------------------------------------------------------------X
                                                    :
EDWIN SANTIAGO,                                     :
                                                    :
                            Petitioner,             :
                                                    :                    19-cv-4020 (LJL)
                    -v-                              :
                                                    :                    ORDER
WILLIAM F. KEYSER,                                  :
                                                    :
                            Respondent.             :
                                                    :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On June 16, 2022, this Court issued an Order directing Respondent to, by July 1, 2022, inform the Court of Petitioner's contact information and provide its views as to how the Court should proceed in the event that Petitioner cannot be located in a reasonable time. Dkt. No. 21. On June 23, 2022, counsel for Respondent filed a letter listing an address for Petitioner and suggesting that, "[s]hould the Court remain unable to locate petitioner or he otherwise fails to respond to the Court, the Court should dismiss the habeas petition with prejudice due to petitioner's failure to prosecute." Dkt. No. 22.

It is hereby ORDERED that Respondent shall serve a copy of this Order and the Report and Recommendation at Dkt. No. 20 on Petitioner at Petitioner's current address no later than July 5, 2022 and shall file an affidavit of service on the docket. Petitioner shall file any objections to the Report and Recommendations within fourteen days of the time he is served. Assuming that Respondent complies with this Order to serve Petitioner by July 5, 2022, if the Court does not receive an objection by July 19, 2022, the Court will consider the Report and Recommendation to have no objections.

SO ORDERED.

Dated: June 24, 2022                         _____
       New York, New York                            LEWIS J. LIMAN
                                                  United States District Judge