```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
EDWIN SANTIAGO,                                                    :
                                                                   :
                                    Petitioner,                    :
                                                                   :         19-cv-4020 (LJL)
            -v-                                                    :
                                                                   :         ORDER
WILLIAM F. KEYSER,                                                 :
                                                                   :
                                    Respondent.                    :
                                                                   :
------------------------------------------------------------------ X
```

LEWIS J. LIMAN, United States District Judge:

On May 24, 2022, Magistrate Judge Figueredo issued a Report and Recommendation recommending that the Court deny Petitioner's Petition for a writ of habeas corpus. Dkt. No. 20. Magistrate Judge Figueredo advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation. The Report and Recommendation was mailed to Petitioner at his recorded address but "was returned for the following reason(s): Return to Sender; Paroled/Released." On June 16, 2022, the Court ordered Respondent to inform the Court of Petitioner's last-known contact information. Dkt. No. 21. Respondent did so, Dkt. No. 22, and on June 24, 2022, the Court directed Respondent to serve a copy of the Report and Recommendation at his current address and to file proof of service on the docket. Dkt. No. 23. Respondent filed an affidavit of service on the docket that day. Dkt. No. 24. Petitioner has not filed objections to the Report and Recommendation, and his time to do so has now expired.

In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely

objections to the report and recommendation within fourteen (14) days of service. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018) (summary order).

    The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its entirety and DENIES the petition for a writ of habeas corpus.

    The Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

Dated: July 25, 2022  
       New York, New York

                                                 LEWIS J. LIMAN  
                                            United States District Judge