**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDWIN SANTIAGO,

                      Plaintiff,

     -against-                                  19 **CIVIL** 4020 (LJL)

**JUDGMENT**

WILLIAM F. KEYSER,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 25, 2022, the Court has reviewed the record and the Report and Recommendation for clear error and, finding none, the Report and Recommendation is ADOPTED in its entirety and the petition for a writ of habeas corpus is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
         July 26, 2022

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                 **BY:**        K. Mango
                                                           **Deputy Clerk**